B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Massachusetts

In re __Adam Marson and Ellen Marson__    Case No. __18-41286__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust | U.S. Bank Trust National Association as Trustee of the Lodge Series IV Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

   c/o BSI Financial Services
   1425 Greenway Drive, Suite 400
   Irving, TX 75038

Phone: __800-327-7861__
Last Four Digits of Acct #: __6754__

Court Claim # (if known): __9-1__
Amount of Claim: __$246,788.85__
Date Claim Filed: __09/19/2018__

Phone: __800-365-7107__
Last Four Digits of Acct #: __6754__

Name and Address where transferee payments should be sent (if different from above):

   c/o BSI Financial Services
   314 S. Franklin St., P.O. Box 517
   Titusville, PA 16354

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/ Michael Swain, Esq. BBO#676513__    Date: __November 3, 2020__
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.